**Order entered August 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01658-CV

### SULMA GONZALES, Appellant

### V.

### THE DALLAS COUNTY APPRAISAL DISTRICT, ET AL., Appellees

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-09665**

## ORDER

Before the Court is appellant's August 7, 2014 "Motion to Appoint a Pro-Bono Appeal Attorney and for a Humanitarian Assistance for the Sake of Justice, In the Alternative, Motion for Extension of Time" and appellees' response in opposition. This Court does not appoint counsel. Accordingly, we **DENY** appellant's motion to the extent she requests appointment of counsel and humanitarian assistance.

With respect to appellant's request for alternative relief, this is her second request for an extension of time to file her brief. We **GRANT** appellant's request for an extension of time. Appellant shall file her brief **on or before SEPTEMBER 18, 2014**. We caution appellant that failure to file her brief on or before **SEPTEMBER 18, 2014** may result in dismissal of her appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1) & 42.3(b).

/s/      ADA BROWN
JUSTICE